UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

        v.        Civil No. 07-cv-60-PB

<u>ExxonMobil Corporation, et al</u>

O R D E R

I recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.


April 18, 2007        /s/ Paul Barbadoro
        Paul Barbadoro
        United States District Judge

cc:    Jeffrey K. Sands, Esq.