UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Civil No. 07-cv-60-JD

<u>ExxonMobil Corporation, et al.</u>

<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                             /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

April 19, 2007

cc:  Jeffrey K. Sands, Esquire