```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE


- - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,            )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )
EXXONMOBIL CORPORATION, ET AL.,      )
          Defendants.                )
- - - - - - - - - - - - - - - - - -  )   Civ. No. 1:07-cv-00060-WES
STATE OF NEW HAMPSHIRE,              )   (Consolidated Cases)
          Plaintiff,                 )
                                     )
     v.                              )
                                     )
EXXONMOBIL CORPORATION, ET AL.,      )
          Defendants.                )
- - - - - - - - - - - - - - - - - - -
```

## ORDER

WHEREAS the United States lodged the proposed Consent Decree with this Court on April 16, 2007, pending solicitation and consideration of public comments;

WHEREAS notice of the lodging of the Consent Decree was published in the Federal Register on May 3, 2007;

WHEREAS comments to the Consent Decree were submitted by B. Sachau on or about May 3, 2007, Matt Kelly on or about May 22, 2007, and Mark Roberts on or about June 1, 2007 – within the 30-day public comment period;

WHEREAS the 30-day public comment period has now expired and the United States Department of Justice has not received any other comments to the Consent Decree;

WHEREAS the Court has considered the comments submitted and has determined that the comments do not provide a basis for rejection of the Consent Decree;

WHEREAS the Court has granted the motion by Intervenors Brodie Mountain Ski Area, Inc. and J.W. Kelly Enterprises, Inc. to withdraw their Opposition to Motion for Entry of Consent Decree.

WHEREAS the Court finds that the proposed Consent Decree is fair, reasonable, and consistent with the goals of the statute;

IT IS HEREBY ORDERED, that the Motion by the United States for the Entry of the Consent Decree is hereby GRANTED.


IT IS SO ORDERED.


_____
William E. Smith
United States District Judge
Date: July 21, 2008